**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*
*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

December 19, 2022

**VIA ECF**
The Honorable James Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

       Re: *United States v. Jose Then*
          13 Cr. 181 (JPO)

Dear Judge Oetken:

  Please recall that I represented Mr. Jose Then, the defendant in the above-referenced matter, who was sentenced by Judge Katherine Forrest on June 1, 2015 to a period of time served and seven years of supervised release. Thereafter, I represented Mr. Then in a violation of supervised release hearing before Your Honor on May 3, 2021, when Mr. Then was sentenced to a period of incarceration of one year and one day and three years of supervised release.

  I write because Mr. Then seeks permission to travel to the Dominican Republic to visit his 90-year-old father between January 9, 2023 and January 23, 2023. Mr. Then anticipates staying at 37 Libertad Avenue, San Francisco De Macoris, Dominican Republic. While in the Dominican Republic, he can be reached by telephone at 829-679-5894.

  I have spoken with U.S.P.O. Pierre Reyes, who supervises Mr. Then, who advised that he does not oppose this request because Mr. Then has been in compliance with his supervised release obligations; however, U.S.P.O. Reyes' position is taken with the understanding that Mr. Then is not to communicate or congregate with any other individuals prosecuted in his case while in the Dominican Republic. Mr. Then has previously been granted permission to travel and visit his father in the Dominican Republic during his term of supervised release, both by Judge Forrest and Your Honor.

  We thank Your Honor for your time and consideration of this request.

Respectfully submitted,

*Mark I. Cohen*

Mark I. Cohen, Esq.

---

Granted. Mr. Then is not to have contact with any individuals prosecuted in this matter while in the Dominican Republic.
So ordered.  12/20/2022

*J. Paul Oetken*
J. PAUL OETKEN
United States District Judge